```
                            FILED
                   CLERK, U.S. DISTRICT COURT

                        APR 13 2012

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY              DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard E. Lee,<br><br>  Plaintiff,<br><br>  v.<br><br>Los Angeles Unified School District,<br>Nancy Ramirez<br>Lawrence Manion,<br><br>  Defendants. | Case No. CV09-3067-AHM(AGRx)<br><br>**FINAL JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

On March 19, 2012, the Court dismissed this action for lack of prosecution. (Dkt. 144). Accordingly, IT IS ORDERED AND ADJUDGED that

(1) this entire action is dismissed with prejudice;

(2) Plaintiff Richard E. Lee shall take nothing from Defendants Los Angeles Unified School District, Nancy Ramirez, and Lawrence Manion.

(3) Defendants shall be entitled to recover their costs of suit in a sum to be determined by a motion for such costs.

IT IS SO ORDERED.

Dated: April 13, 2012

A. Howard Matz
United States District Judge